RICHARD L. SEABOLT (SBN, 67469)
DANIEL C. SONG (SBN, 254940)
DUANE MORRIS LLP
One Market Spear Tower, Ste. 2000
San Francisco, CA 94105
Telephone 415.957.3000
Facsimile 415.957.3001
Email: RLSeabolt@DuaneMorris.com
       DCSong@DuaneMorris.com

Attorneys for Defendant
CISCO SYSTEMS, INC.

ORIGINAL FILED

AUG — 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COMMONWEALTH SCIENTIFIC AND INDUSTRIAL RESEARCH ORGANISATION, INC.<br><br>Plaintiffs,<br><br>vs.<br><br>TOSHIBA AMERICA INFORMATION SYSTEMS, INC., et al.,<br><br>Defendants | Case No. CV 08 80151 MISC<br><br>Subpoenas issued in the matters styled:<br><br>*CSIRO v. Buffalo Technology (USA), Inc., et al.*, U.S.D.C. Eastern District of Texas, Civil Action No. 2:05-CV-053-LED<br><br>*Microsoft Corporation, et al. v. CSIRO*, U.S.D.C. Eastern District of Texas, Civil Action No. 6:06-CV-549-LED;<br><br>*CSIRO v. Toshiba America, et al.*, U.S.D.C. Eastern District of Texas, Civil Action No. 6:06-CV-550-LED; and<br><br>*Intel Corporation et al v. CSIRO*, U.S.D.C. Eastern District of Texas, Civil Action No. 6:06-CV-551-LED<br><br>**DECLARATION OF RICHARD L. SEABOLT IN SUPPORT OF ADMINISTRATIVE MOTION TO SEAL PURSUANT TO LOCAL RULE 79-5**<br><br>Date:       September 19, 2008<br>Time:       9:00 a.m.<br>Courtroom:  6, Fourth Floor<br>Judge:      Ronald M. Whyte |

I, Richard L. Seabolt, declare as follows:

1. I am an attorney at Duane Morris LLP, counsel for non-party Cisco Systems, Inc. ("Cisco") in the present case. I make this declaration in support of Cisco's Administrative Motion to Seal Documents. The facts described below are within my personal knowledge and I could competently testify to those facts if I were called as a witness.

2. On August 5, 2008 at 9:05 a.m., I received a copy of an email from Matthew S. Yungwirth of my firm to Daniel J. Furniss of Townsend and Townsend and Crew LLP, one of the attorneys for Commonwealth Scientific and Industrial Research Organisation, Inc. ("CSIRO"). The email confirmed that CSIRO consented to Cisco's motion to file under seal certain factual material in support of Cisco's motion for a confidential order. The most competitively sensitive factual material is the 1998 Technology License Agreement (TLA), which contains confidential trade secret information. Cisco and CSIRO agree that the TLA should be protected from public disclosure and filed under seal. A true and correct copy of the email between counsel is attached hereto as Exhibit A.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Dated this 5th day of August 2008 and executed in San Francisco, California.

_____
RICHARD L. SEABOLT

DECLARATION OF RICHARD L. SEABOLT IN SUPPORT OF ADMINISTRATIVE MOTION TO SEAL PURSUANT TO LR 79-5
DM1\1373773.1 E4720-00003

**Seabolt, Rick**

| | |
|---|---|
| **From:** | Yungwirth, Matthew S. |
| **Sent:** | Tuesday, August 05, 2008 9:05 AM |
| **To:** | 'djfurniss@townsend.com' |
| **Cc:** | Seabolt, Rick; Jameson, Woody |
| **Subject:** | CSIRO - Motion for Protective Order |

Dan:

This is to confirm our in person meet and confer of today during which you consented to our motion to file a declaration under seal (or portions thereof, as necessary) in support of the motion for protective order.

Thanks for that consideration,
Matt

Matthew Yungwirth
DUANE MORRIS LLP

Ex. A