1 | RICHARD L. SEABOLT (SBN, 67469)
2 | DANIEL C. SONG (SBN, 254940)
    DUANE MORRIS LLP
    One Market Spear Tower, Ste. 2000
3 | San Francisco, CA 94105
    Telephone 415.957.3000
4 | Facsimile 415.957.3001
    Email: RLSeabolt@DuaneMorris.com
5 |        DCSong@DuaneMorris.com

6 | Attorneys for Defendants
    CISCO SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COMMONWEALTH SCIENTIFIC AND INDUSTRIAL RESEARCH ORGANISATION,<br><br>Plaintiffs,<br><br>vs.<br><br>TOSHIBA AMERICA INFORMATION SYSTEMS, INC., et al.,<br><br>Defendants | Case No. CV 08 80151 MISC<br><br>Subpoenas issued in the matters styled:<br><br>*CSIRO v. Buffalo Technology (USA), Inc., et al.*, U.S.D.C. Eastern District of Texas, Civil Action No. 2:05-CV-053-LED<br><br>*Microsoft Corporation, et al. v. CSIRO*, U.S.D.C. Eastern District of Texas, Civil Action No. 6:06-CV-549-LED;<br><br>*CSIRO v. Toshiba America, et al.*, U.S.D.C. Eastern District of Texas, Civil Action No. 6:06-CV-550-LED; and<br><br>*Intel Corporation et al v. CSIRO*, U.S.D.C. Eastern District of Texas, Civil Action No. 6:06-CV-551-LED<br><br>**CISCO SYSTEMS, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL PURSUANT TO LOCAL RULE 79-5**<br><br>Date:       September 19, 2008<br>Time:       9:00 a.m.<br>Courtroom:  6, Fourth Floor<br>Judge:      Ronald M. Whyte |

*Original Filed AUG 5 2008, RICHARD W. WIEKING, CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA*

E-filing

---

ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL

DM1\1373859.1 E4720-00003

## I.   INTRODUCTION

Pursuant to Northern District Local Rule 79-5, non-party Cisco Systems, Inc. ("Cisco") submits this Administrative Motion to file the following document under seal with the Court:

- Exhibit 2 to the Declaration of Matthew S. Yungwirth in Support of Motion for Confidentiality Order, entitled, "1998 Technology License Agreement."

This application is made following the conference of counsel pursuant to L.R. 7-11, which took place on August 5, 2008. Plaintiffs' counsel do not oppose an order granting Cisco's Motion to File Under Seal. (See Declaration of Richard L. Seabolt in Support of Administrative Motion to File Under Seal Pursuant to Local Rule 79-5 ("Seabolt Decl.") at ¶ 2.)

## II.   BACKGROUND FACTS

As described in the accompanying Motion for Confidentiality Order, over the past two years, Cisco has been served with a series of non-party subpoenas issued out of this Court in connection with several related lawsuits pending in the Eastern District of Texas that include Civil Action Nos. 2:05-CV-053-LED; 6:06-CV-549-LED; 6:06-CV-550-LED; and 6:06-CV-551-LED (collectively the "CSIRO Actions"). (Yungwirth Decl. at ¶ 2, Exh. 1). The CSIRO Actions involve CSIRO's claims for infringement of U.S. Patent No. 5,487,069 (the "'069 Patent") that is alleged to cover wireless local area network ("wireless LAN") technology.

Although Cisco is not a party to any of the CSIRO Actions, it has been the subject of extensive third-party discovery, in large part, because it is a party to the 1998 Technology License Agreement ("TLA"). Pursuant to the TLA, Cisco has a license to the '069 Patent. (Yungwirth Decl. at ¶ 3, Exh. 2). The scope of the TLA and Cisco's acquisition of the prior licensee, Radiata Communications Pty, LTD. ("Radiata"), has become a subject of debate in the CSIRO Actions and in separate negotiations between Cisco and CSIRO. Accordingly, both CSIRO and the Defendants have sought information regarding the TLA, Cisco's acquisition of Radiata, the development of Cisco's products, and a number of other subject matters that are significantly less relevant to the issues in the CSIRO Actions.

In response to increasingly unreasonable discovery demands, Cisco's Motion for Confidentiality Order seeks to prevent the disclosure of Cisco's highly confidential information to

2
ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL
DM1\1373859.1 E4720-00003

CSIRO's competitive decision-makers, who are handling licensing negotiations with Cisco and the prosecution of foreign counterparts to the '069 Patent. Cisco contends that unprotected disclosure would unfairly prejudice and harm Cisco. Although Cisco and CSIRO have reached an agreement regarding a majority of the proposed Confidentiality Order and Addendum, they continue to dispute the limits of disclosure of Cisco's outside counsel's eyes only information.

In its Motion for Confidentiality Order, Cisco seeks an order that precludes the individuals who receive its most confidential documents from being involved in (a) wireless LAN patent licensing negotiations outside the scope of the CSIRO Actions, and (b) patent prosecution in the wireless LAN field. The basis for Cisco's Motion for Confidentiality Order is that the disclosure of Cisco's highly confidential information to CSIRO's competitive decision-makers, who are handling licensing negotiations with Cisco and the prosecution of foreign counterparts to U.S. Patent No. 5,487,069, would unfairly prejudice and harm Cisco.

The Motion for Confidentiality Order (and associated papers), necessarily relies upon, and reveals highly confidential / trade secret information contained in the TLA. Seabolt Decl. at ¶ 2. Because the TLA contains protectable trade secret information, Cisco should be permitted to file the TLA under seal so as to protect the TLA from public disclosure.

## III. DISCUSSION

### A. Good Cause Supports The Request To File The Technology License Agreement ("TLA") Under Seal.

Northern District Local Rule 79-5 requires a court order authorizing the sealing of any document upon a request that establishes that the document is privileged or protectable as a trade secret or otherwise entitled to protection under the law. The request for sealing must be narrowly tailored to seek sealing only of sealable material. Here, Cisco requests an order that seals Exhibit 2 to the Declaration of Matthew S. Yungwirth in Support of Motion for Confidentiality Order, entitled, "1998 Technology License Agreement."

///

///

///

**B.  The 1998 TLA Contains Confidential Information Protectable As A Trade Secret That Should Be Protected From Public Disclosure.**

The TLA is a license agreement between Cisco and CSIRO and its terms have been maintained by the parties as confidential. Seabolt Decl. at ¶ 2. The TLA falls squarely within Rule 26(c)(1)(G), which allows an order that "a trade secret or other confidential research, development, or commercial information not be revealed or be revealed only in a specified way." The TLA contains highly sensitive and confidential information regarding Cisco's licensing technology. Seabolt Decl. at ¶ 2. Moreover, both CSIRO and Cisco agree that the TLA is confidential information which should be protected from public disclosure. Seabolt Decl. at ¶ 2.

Northern District Local Rule 79-5 authorizes the Court to order the sealing of any document upon a showing that the document contains protectable trade secrets. Cisco has shown, and the parties agree that the TLA contains confidential trade secret information which should be protected from public disclosure.

## IV. CONCLUSION

For the foregoing reasons, Cisco respectfully requests that this Administrative Motion to File Documents Under Seal be granted.

DATED: August 8, 2008                    DUANE MORRIS, LLP

By: _____
RICHARD L. SEABOLT
Attorneys for CISCO SYSTEMS, INC.