

1  RICHARD L. SEABOLT (SBN, 67469)
   DANIEL C. SONG (SBN, 254940)
2  DUANE MORRIS LLP
   One Market Spear Tower, Ste. 2000
3  San Francisco, CA 94105
   Telephone 415.957.3000
4  Facsimile 415.957.3001
   Email: RLSeabolt@DuaneMorris.com
5         DCSong@DuaneMorris.com



RECEIVED
AUG 6 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

6  Attorneys for CISCO SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

COMMONWEALTH SCIENTIFIC AND INDUSTRIAL RESEARCH ORGANISATION, INC.

Plaintiffs,

vs.

TOSHIBA AMERICA INFORMATION SYSTEMS, INC., et al.,

Defendants

Case No. CV 08 80151 MISC

Subpoenas issued in the matters styled:

*CSIRO v. Buffalo Technology (USA), Inc., et al.*, U.S.D.C. Eastern District of Texas, Civil Action No. 2:05-CV-053-LED

*Microsoft Corporation, et al. v. CSIRO*, U.S.D.C. Eastern District of Texas, Civil Action No. 6:06-CV-549-LED;

*CSIRO v. Toshiba America, et al.*, U.S.D.C. Eastern District of Texas, Civil Action No. 6:06-CV-550-LED; and

*Intel Corporation et al v. CSIRO*, U.S.D.C. Eastern District of Texas, Civil Action No. 6:06-CV-551-LED

[XXXXXXXX] ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL PURSUANT TO LOCAL RULE 79-5

Date:       September 19, 2008
Time:       9:00 a.m.
Courtroom:  6, Fourth Floor
Judge:      Ronald M. Whyte

[PROPOSED] ORDER

DM1\1373745.1 E4720-00003

1  The Court, having considered non-party Cisco Systems, Inc.'s Administrative Motion to Seal
2  Documents and supporting papers, and Commonwealth Scientific and Industrial Research
3  Organisation, Inc's non-opposition thereto, finds that the parties' interest in protecting the
4  confidentiality of the "1998 Technology License Agreement" is an overriding interest that outweighs
5  any public right to access such information.

6  THEREFORE IT IS HEREBY ORDERED THAT:

7  Pursuant to Northern District of California Local Rule 79-5, 1998 Technology License
8  Agreement, attached as Exhibit 2 to the Yungwirth Declaration in Support of Cisco's Motion for
9  Confidentiality Order, shall be filed under seal.

10  IT IS SO ORDERED.

12  Dated: ~~XXXXXXXXX~~ August 8 , 2008

*/s/ Patricia V. Trumbull*
~~FXXXXXXXXXXXXXX~~ U.S. Magistrate
Judge of the United States District Court
Northern District of California

2
[PROPOSED] ORDER