IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMONWEALTH SCIENTIFIC AND INDUSTRIAL RESEARCH ORGANISATION,<br><br>V.<br><br>TOSHIBA AMERICA INFORMATION SYSTEMS, INC., ET AL., | CASE NO.: C 08-mc-80151 JW PVT<br><br>**CLERK'S NOTICE OF CONTINUANCE OF MOTION** |

PLEASE TAKE NOTICE that Non-Party Cisco Systems Motion for Confidentiality and Protective Order previously set for September 19, 2008 at 9:00 a.m. before the Honorable Judge James Ware has been **Rescheduled to September 30, 2008 at 10:00 a.m.** before Magistrate Patricia V. Trumbull.   The parties are to appear before the Magistrate Judge Patricia V. Trumbull in courtroom #5, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California.

DATED: August 8, 2008

BY: /s/ Corinne Lew
Courtroom Deputy