| | |
|---|---|
| 1 | RICHARD L. SEABOLT (SBN, 67469) |
| | DANIEL C. SONG (SBN, 254940) |
| 2 | DUANE MORRIS LLP |
| | One Market Spear Tower, Ste. 2000 |
| 3 | San Francisco, CA 94105 |
| | Telephone 415.957.3000 |
| 4 | Facsimile 415.957.3001 |
| | Email: RLSeabolt@DuaneMorris.com |
| 5 | DCSong@DuaneMorris.com |
| 6 | Attorneys for Defendants |
| | CISCO SYSTEMS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COMMONWEALTH SCIENTIFIC AND INDUSTRIAL RESEARCH ORGANISATION,<br><br>Plaintiffs,<br><br>vs.<br><br>TOSHIBA AMERICA INFORMATION SYSTEMS, INC., et al.,<br><br>Defendants | Case No. CV 08 80151 MISC JW<br><br>Subpoenas issued in the matters styled:<br><br>*CSIRO v. Buffalo Technology (USA), Inc., et al.*, U.S.D.C. Eastern District of Texas, Civil Action No. 2:05-CV-053-LED<br><br>*Microsoft Corporation, et al. v. CSIRO*, U.S.D.C. Eastern District of Texas, Civil Action No. 6:06-CV-549-LED;<br><br>*CSIRO v. Toshiba America, et al.*, U.S.D.C. Eastern District of Texas, Civil Action No. 6:06-CV-550-LED; and<br><br>*Intel Corporation et al v. CSIRO*, U.S.D.C. Eastern District of Texas, Civil Action No. 6:06-CV-551-LED<br><br>**SUPPLEMENTAL PROOF OF SERVICE**<br><br>Date: September 19, 2008<br>Time: 9:00 a.m.<br>Courtroom: 6, Fourth Floor<br>Judge: Ronald M. Whyte |

# SUPPLEMENTAL PROOF OF SERVICE

Commonwealth Scientific And Industrial Research Organisation v.
Toshiba America Information Systems, Inc.

United States District Court, Northern District of California, San Jose Division

I am a citizen of the United States, over the age of 18 years, and not a party to interested in the cause. I am an employee of Duane Morris LLP and my business address is One Market, Spear Tower, Suite 2000, San Francisco, California 94105. I am readily familiar with this firm's practices for collecting and processing correspondence for mailing with the United States Postal Service and for transmitting documents by FedEx, fax, email, messenger and other modes. On the date stated below, I served the following documents:

**NOTICE OF MOTION AND MOTION FOR CONFIDENTIALITY ORDER;**

**CISCO SYSTEMS, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO LOCAL RULE 79-5**

**DECLARATION OF MATTHEW S. YUNGWIRTH IN SUPPORT OF MOTION FOR CONFIDENTIALITY ORDER;**

**DECLARATION OF RICHARD L. SEABOLT IN SUPPORT OF MOTION FOR CONFIDENTIALITY ORDER;**

**CIVIL COVERSHEET**

| DEFENDANT | ATTORNEY CONTACT INFORMATION |
|---|---|
| Buffalo, Inc.<br><br>Buffalo Technology (USA), Inc. | Frank West<br>Oblon Spivak McClelland Maier & Neustadt PC<br>1940 Duke St<br>Alexandria, VA 22314<br>Tel: 703-412-7049<br>Fax: 703-413-2220<br>fwest@oblon.com |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: August 7, 2008

_Beth M. Coffey_